**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**                                          Docket No.   __CR 09-01028-CT__

**Defendant**   __JUN HUANG__

akas:  __N/A__

## JUDGMENT IN A CRIMINAL CASE

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 04 | 26 | 2009 |

**COUNSEL**  [X] WITH COUNSEL    Sanford Perliss, Retained
(Name of Counsel)

**PLEA**  [X] GUILTY, and the Court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING**  There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

21 U.S.C. §§ 331(i)(3), 333(a)(1) Sale of a counterfeit drug

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether defendant had anything to say why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby is hereby placed on probation on count one of the single count information for a term of one year under the following terms and conditions:

1. It is ordered that the defendant shall pay to the United States a special assessment of $25.00.

2. It is ordered that the defendant shall pay restitution pursuant to 18 U.S.C. § 3663(c)(3) in the amount of $192,227.  Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest.  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

3. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318 as amended by General Order 05-02 filed on January 18, 2005;

4. The defendant shall not commit any violation of local, state or federal law or ordinance;

5. During the period of community service supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment;

6. The defendant shall perform 100 hours of community service, as directed by the Probation Officer;

7. The defendant shall comply with the immigration rules and regulations of the United States, and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally.  The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the United States Probation Office, located at the United States Courthouse, 312 North Spring Street, Room 600, Los Angeles, CA 90012; and

8. The defendant shall apply monies in excess of $500 received from income tax refunds to the outstanding court-ordered financial obligation.  In addition, the defendant shall apply all monies received from lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

April 26, 2010            *Carolyn Turchin*
_____            _____
Date            CAROLYN TURCHIN, U.S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Terry Nafisi, Clerk

April 26, 2010        Deborah A. Malone *Deborah A. Malone*
_____        _____
Filed Date        Deputy Clerk

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
    at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By: _____
_____        Deputy Marshal
Date